SUSIE V. HOLLENDER, as Administratrix with the Will Annexed of JOHN A. GOODENOUGH, Deceased, Appellant, *v.* FREDERICK H. WALLACE, as Administrator of CHRISTOPHER D. WALLACE, Deceased, Respondent.

Reported below, 180 App. Div. 393.

(Argued September 30, 1918; decided October 8, 1918.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first

judicial department, entered December 29, 1917, modifying and *unanimously* affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to establish a lost will.

The motion was made upon the ground that the Court of Appeals was without jurisdiction to entertain the appeal.

*John M. Scoble* for motion.

*John H. Hazelton* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.